IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Roy Lee Wade,

          Petitioner,

v.

South Carolina Department of Mental Health,

          Respondent.

C/A No.: 4:26-cv-1705-SAL

**ORDER**

Petitioner Roy Lee Wade, who is civilly committed as a Sexually Violent Predator to the South Carolina Department of Mental Health under the Sexually Violent Predator Act, S.C. Code Ann. §§ 44-48-10 to 44-48-170, filed this action seeking compassionate release under 18 U.S.C. § 3582. *See* ECF No. 1. This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 10.] The Report recommends summary dismissal as no relief is available for a state civil detainee under § 3582. *Id.* Because Petitioner's filings included a state court caption, the magistrate judge also returned those documents to Petitioner in case he intended to file them in state court. *See id.* Attached to the Report was a notice advising Petitioner of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 3. Petitioner has not filed objections, and the time for doing so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a

1

*de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After reviewing the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 10, and incorporates the Report by reference herein. As a result, this matter is **DISMISSED WITHOUT PREJUDICE and without issuance and service of process**.

**IT IS SO ORDERED.**

June 17, 2026                                 Sherri A. Lydon
Columbia, South Carolina              United States District Judge

2